Michael E. Wrobel, Esq, FL 1053847
125 NE 32nd st
Miami, Florida 33137
Phone Number: +1 678-814-5588
Email: mike@conquestip.com

Counsel for Self

FILED BY [signature] D.C.
JUN 08 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MICHAEL E. WROBEL**<br>Plaintiff,<br>vs.<br>**POSH GROUP, INC.**<br>Defendant. | ) | Case No.:<br>**COMPLANT**<br>**JURY TRIAL DEMANDED** |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Michael E. Wrobel ("Plaintiff" or "Mr. Wrobel"), brings this Complaint and Demand for Jury Trial against POSH GROUP, INC., ("Defendant") and alleges as follows:

**BACKGROUND**

1. Telemarketing calls are intrusive. A great many people object to these calls, which interfere with their lives, tie up their phone lines, and cause confusion and disruption on phone records. Faced with growing public criticism of abusive telephone marketing practices, Congress enacted the Telephone Consumer Protection Act of 1991. Pub. L. No. 102-243, 105 Stat. 2394 (1991) (codified at 47 U.S.C. § 227). As Congress explained, the law was a response to Americans 'outraged over the proliferation of intrusive, nuisance calls to their homes from telemarketers' *id.* § 2(6), and sought to strike a balance between '[i]ndividuals' privacy rights, public safety interests, and commercial freedoms' *id.* § 2(9).
2. The TCPA affords special protections for people who, like Plaintiff, received marketing calls before the hour of 8 a.m. or after 9 p.m. (local time at the called party's location). Specifically, the TCPA provides that each person who receives more than one call on their cell phone during these violative hours is entitled to recover a penalty of up to $500 per call, and up to $1,500 per call if the TCPA is willfully or knowingly violated.
3. The problem with receiving unwanted telemarketing communications is a problem that most people in this country, like Plaintiff, frequently face. For example, in 2024 alone,

approximately 52.8 billion robocalls were placed in the United States. RobocallIndex.com, YouMail Robocall Index, https://robocallindex.com/history/time (last visited April 9th, 2026). The private right of enforcement of the TCPA is critical in stopping the proliferation of these unwanted telemarketing calls. For example, while the Federal Communications Commission levied over $200 million in penalties against telemarketers between 2015 and 2018, it collected less than $7,000 of that amount. See Sarah Krouse, The FCC Has Fined Robocallers $208 Million. It's Collected $6,790, THE WALL STREET JOURNAL, March 28, 2019, https://www.wsj.com/articles/the-fcc-has-fined-robocallers-208-million-its-collected-6-790 11553770803.

## NATURE OF THE ACTION

4. This is a civil action brought pursuant to the TCPA.
5. To promote its goods and services, Defendant engages in telemarketing text messages at unlawful times.
6. Through this action, Plaintiff seeks injunctive relief to halt Defendant's unlawful conduct which has resulted in intrusion into the peace and quiet in a realm that is private and personal to Plaintiff. Plaintiff also seeks statutory damages and any other available legal or equitable remedies.

## PARTIES

7. Plaintiff is a natural person entitled to bring this action under the TCPA, and a citizen and resident of Miami-Dade County, Florida.
8. Defendant POSH GROUP, INC is a Delaware corporation with headquarters in New York that sells tickets to events throughout the United States, including Florida.
9. Unless otherwise indicated, the use of Defendant's name in this Complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, vendors, and insurers of Defendant.

## JURISDICTION AND VENUE

10. This Court has federal question subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the action arises under the TCPA.
11. The Court has personal jurisdiction over Defendant and venue is proper in this District because Defendant directs, markets, and provides its business activities to this District, and because Defendant's unauthorized marketing scheme was directed by Defendant to consumers in this District.

## FACTUAL BACKGROUND

12. Section 227(c) of the TCPA requires the FCC to "initiate a rulemaking proceeding concerning the need to protect residential telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object." 47 U.S.C. § 227(c)(1).
13. The TCPA and implementing regulations prohibit the initiation of telephone solicitations to residential telephone subscribers before 8 am and after 9 pm and similarly provides a private right of action against any entity that makes those telephone solicitations, or "on whose behalf" such telephone solicitations are made. 47 U.S.C. § 227(c)(5); 47 C.F.R. § 64.1200(c)(1).
14. Between August 14, 2024 and March 27, 2026, Defendant made telephone solicitations to Plaintiff's cellular telephone as depicted below:

12:38

+1 (954) 250-5463

how big is it?:

700 people Saturday night. Only 200 tix left 4 Ben Lloyd

https://posh.vip/e/benjamin-lloyd-presents-hologram

See u there

Benjamin Lloyd: See u Saturday at Palm Tree Club! https://posh.vip/e/ambrose-x-benjamin-lloyd-x-maahez-presented-by-palm-tree-club-miami

Benjamin Lloyd: Beatrice this Friday with DiMarè. B2B all night long. Limited capacity RSVP

posh.vip/f/49c26?t=tb-0

12:38

+1 (954) 250-5463

Benjamin Lloyd: Can you believe how big it is? https://posh.vip/e/benjamin-lloyd-presents-hologram-2

Benjamin Lloyd: Few tix left for Sunday at We belong Here. Celebrate my birthday with me 8pm Beach Stage https://posh.vip/f/4b1c2?t=benlloyd

Benjamin Lloyd: Kicking off Miami Music Week tonight at E11EVEN! Free entry for all before Midnight. LETS HAVE A NIGHT!

Benjamin Lloyd: Just announced a free Hologram show at Sable this Friday!

RSVP HERE:
https://posh.vip/e/benjamin-lloyd-presents-hologram-3

12:38

+1 (954) 250-5463

Benjamin Lloyd: Doors are at 10pm for Sable tonight! Free all night

RSVP HERE:
https://posh.vip/e/benjamin-lloyd-presents-hologram-3

Benjamin Lloyd: 100 free tix left for Palm Tree Club this Saturday! https://posh.vip/e/benjamin-lloyd-presented-by-palm-tree-club-miami-2

Benjamin Lloyd: Grab the last few free tix to Palm Tree Club tomorrow! https://posh.vip/e/benjamin-lloyd-presented-by-palm-tree-club-miami-2

Benjamin Lloyd: Hologram Friday at Sable! My first ever open to close set

Free Tix:
https://posh.vip/e/benjamin-lloyd-

12:39

+1 (954) 335-8281

Hologram: Need plans for Saturday night? Waterfront house music festival with the best city skyline views 8pm-2am. Only 50 tix at this price

posh.vip/f/4061f?t=tb-3

Hologram: Final 50 tickets for Benjamin Lloyd waterfront Hologram show tonight!

posh.vip/f/4061f?t=tb-4

Hologram: Miami get ready for the laser show with Benjamin Lloyd, Dansyn, & Dimare 2/20 at the brand new venue Midline. Tier 2 now on sale!

posh.vip/f/5b141?t=tb-5

Hologram: If you had fun at the last

12:39

+1 (781) 630-6123

Province 44: Mike, not at music week? You know where you need to be! Proper music, dance floor energy. Official sellout warning! Final 60 tix!

posh.vip/f/50a55?t=tb-1

Province 44: Mike, Marathon Monday Weekend....pace yourself! Our first b2b headliners are in town. Grab your tickets early while you can!

posh.vip/f/5c6b4?t=tb-2

Province 44: All Aboard! Official Sell Out Warning for this Saturday..... grab your final chance tickets now! See you on board

posh.vip/f/6394f?t=tb-0

12:39

+1 (781) 630-6123

posh.vip/f/22a7e?t=tb-0

Province 44: Mike, $15 tix. 4 hrs of house musi. 24 hours to grab. Maths never been this fun. Final Residents show, lets get weird

posh.vip/f/2886b?t=tb-0

Province 44: Last remaining tickets for The Boston Closings tonight! It's time to party!

posh.vip/f/2886b?t=tb-1

Province 44: Mike, 44 is BACK IN THE APPLE! This time in the heat of summer, for a special day into dusk party. Limited Tickets on sale now:

posh.vip/f/2d7b4?t=tb-0

12:41

42302

experience, tap the link.

posh.vip/f/46b0b?t=tb-0

Posh: Mike, you're going to BENJAMIN LLOYD B2B DIMARE @ The Beatrice!

View event details and see who else is going •• - https://posh.vip/f/49c26

DUB MIAMI: Mike this Sunday 30 DNTD Sunset vibes at Joia Beach 4pm to 11pm Break the routine and dance with us

posh.vip/f/48a67?t=tb-0

DUB MIAMI: Hey Mike this Saturday rooftop party at La Ferreteria Free RSVP before 11pm Tap the link and join the night vibes

12:41

42302

FASHION WEEK X ART HEARTS FASHIO RETURNS OCT 16TH-18TH MAKE SURE TO REGISTER TO ATTEND

posh.vip/f/40655?t=tb-0

Posh: View your order for Benjamin Lloyd Presents Hologram: https://posh.vip/orders?accountOrderId=68e1af-f91ee45769418c2024

DUB MIAMI: Hey Mike HeyThis Saturday the city best rooftop awaits,food, cocktails & house vibes. Dance all night. Free RSVP before 11 PM.

posh.vip/f/3991f?t=tb-0

Joia Beach: Join Us Nov 1. for an exclusive Dia De Los Muertos Edition of Miami's favorite monthly beach

12:42

42302

posh.vip/f/3ba56?t=tb-0

Art Hearts Fashion: Invite to New York Fashion Week. Models/Media/Invited Guests Make sure to Register On Our Event Page. LIMITED SPACE!

posh.vip/f/38d1a?t=tb-0

Joia Beach: MIAMI - Meet us on the sand Tomorrow for an open-air celebration.. Our monthly party Sounds of Tides is back from 3p-11p

posh.vip/f/38905?t=tb-4

Benjamin Lloyd: Full house tonight at MODE. Arrive early to avoid lines. Just added 100 more free tickets before 11:30PM entry

posh.vip/f/3c61d?t=tb-1

12:42

42302

Posh: View your order receipt for VICE Presented By Palm Tree Club Miami: https://posh.vip/receipt/6872684e6dbf3feaaa70de02

PALM TREE CLUB MIAMI: No plans today? Don't miss VICE at Palm Tree Club Miami. See you at sunset.

posh.vip/f/347b2?t=tb-0

Benjamin Lloyd: Can't wait to headline M2 Miami this Friday. Get your tix here https://posh.vip/e/groove-2-yr-anniversary?t=benjaminlloyd

Benjamin Lloyd: Tonight at M2 Miami. Tickets available here! https://posh.vip/e/groove-2-yr-anniversary?t=benjaminlloyd

12:42

42302

Posh: View your order receipt for DUB x LA FERNETERIA: https://posh.vip/receipt/686755536d5d0c5780d39fd1

Benjamin Lloyd: Still need 4th of July plans? See you at Joia Beach 5-11pm! Grab your tickets https://posh.vip/e/stars-sand-fourth-of-july

Joia Beach: Miami the holiday weekend continues! Meet us on the sand today for Sounds of Tides beach party at Joia! 3p-11p. Limited tix left

posh.vip/f/326d3?t=tb-2

Posh: View your order receipt for VICE Presented By Palm Tree Club Miami: https://posh.vip/receipt/6872684e6dbf3feaaa70de02

+

12:43

42302

LionHeart: Few free tickets left for tomorrow night at Fabel with Benjamin Lloyd

posh.vip/f/20c88?t=tb-1

Benjamin Lloyd: Excited for tonight at Fabel. Still some free tix left. Hope to see you all there https://posh.vip/e/lionheart-1

LionHeart: See you all at Fabel tonight! Grab your free tickets now

posh.vip/f/20c88?t=tb-2

Benjamin Lloyd: This Sunday Mode closing party. 300 Free tickets dropped. Fully stacked lineup. There will be no more free tickets added.

posh.vip/f/21d9a?t=tb-0

+

12:43

42302

LionHeart: Last chance for tier 3 tickets. Event is almost sold out! See you all tonight.

https://posh.vip/f/18573?t=tb-5

LionHeart: Last 50 tickets left! Dress warm. See you all there for the most epic night

https://posh.vip/f/18573?t=tb-6

Benjamin Lloyd: See you all tonight at LionHeart. Few tickets left online and at the door. Dress warm https://posh.vip/e/lion-heart-8

TRYBE EVENTS & PROMOTIONS: MK tonight at LIV for Thanksgiving Eve!!

+

12:43

42302

https://posh.vip/f/18573?t=tb-1

Benjamin Lloyd: LionHeart at Sunset Cove Key Biscayne Tier 2 tickets now on sale! Never before seen on the water venue. https://posh.vip/e/lion-heart-8

LionHeart: Tier 2 is halfway sold out for 11/23 with Benjamin Lloyd. Don't miss out on this beautiful never before used locatio on the water in Key Biscayne

https://posh.vip/f/18573?t=tb-2

Benjamin Lloyd: Last 20 tickets left in Tier 2 for this Saturday with LionHeart on the water in Key Biscayne! Tier 3 is $20 more https://posh.vip/e/lion-heart-8

LionHeart: Less than 20 tickets left in tier 2 for Saturday! Tickets go up to

+

12:43

42302

get accepted. Only 200 spots https://posh.vip/e/lion-heart-7

LionHeart: 150 Free tickets left for Friday at Swan Lounge. Secure them before they are gone! Get ready for the best Afro/Melodic vibes 😊

https://posh.vip/f/15738?t=tb-1

LionHeart: Just released 50 skip the line/anytime entry tickets. Free tickets end at midnight and entry fee will be much higher in person.

https://posh.vip/f/15738?t=tb-2

LionHeart: Tonight is the night! just a few free entry tickets before 12am left! 20 Skip the line anytime entry tickets left. Doors at 10:30 see you all at Swan

https://posh.vip/f/15738?t=tb-3

+







15. As displayed by the above screenshots, the telephone solicitations were initiated at 12:20AM, 10:26PM, 10:59PM, 9:09PM, 10:08PM, 9:20PM, 9:12PM, 9:40PM, 9:18PM, 9:44PM, 9:33PM, 6:41AM, 10:43PM, 9:11PM, 10:20PM, 9:02PM, 10:35PM, 9:22PM, 10:27PM, and 9:05PM in Plaintiff's time zone.
16. Overall, Defendant sent Plaintiff twenty (20) marketing text messages before the hour of 8 a.m. or after 9 p.m. (local time at Plaintiff's location).
17. As demonstrated by the above screenshots, the purpose of Defendant's telephonic solicitations was to advertise, promote, and/or market Defendant's property, goods, and/or services.
18. Plaintiff is the regular user of the telephone number that received the above solicitations.
19. Plaintiff utilizes the cellular telephone number that received Defendant's telephone solicitations for personal purposes and the number is Plaintiff's residential telephone line and primary means of reaching Plaintiff at home.
20. Upon information and belief, Defendant maintains and/or has access to outbound transmission reports for all telephone solicitations advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each telephone solicitation made to Plaintiff.
21. Plaintiff never signed any type of authorization permitting or allowing Defendant to send them telephone solicitations before 8 am or after 9 pm.
22. Defendant's unlawful conduct resulted in intrusion into the peace and quiet in a realm that is private and personal to Plaintiff.

**COUNT 1**

## VIOLATIONS OF 47 U.S.C. § 227(c) AND 64.1200(c)(1)

23. Plaintiff re-alleges and incorporates the allegations set forth in Paragraphs 1-22 as if fully set forth herein.
24. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c)(1), provides in pertinent part that "[n]o person or entity shall initiate any telephone solicitation" to "[a]n residential telephone subscriber before the hour of 8 a.m. or after 9 p.m. (local time at th called party's location)." 47 C.F.R. § 64.1200(c)(1).
25. Per 47 C.F.R. § 64.1200(e), § 64.1200(c) is "applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers." 47 C.F.R. § 64.1200(c).
26. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c)
27. Defendant violated 47 C.F.R. § 64.1200(c)(1) by initiating telephone solicitations to telephone subscribers such as Plaintiff before the hour of 8 a.m. or after the hour of 9 p.m. (local time at the called party's location).
28. Pursuant to Section 227(c)(5) of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each and every negligent violation. 47 U.S.C. § 227(c)(5).
29. Pursuant to Section 227(c)(5) of the TCPA, Plaintiff members is entitled to an award of $1,500.00 in statutory damages for each and every knowing or willful violation. 47 U.S.C. § 227(c)(5).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following reliefL

a. An award of statutory damages for Plaintiff;
b. An order declaring the Defendant's actions, as set out above, violate the TCPA;
c. An injunction requiring Defendant to comply with 47 C.F.R. 64.12009(c)(1);
d. An award of attorney's fees, costs, and interest, as allowed by applicable law; and
e. Such further and other relief the Court deems reasonable and Just.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

## DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant take affirmative steps to preserve all records, lists, electronic databases, or other itemization of telephone numbers associated with Defendant and the text messages as alleged herein.

DATED: June 8th, 2026

Respectfully Submitted,

*/s/ Michael E. Wrobel*

**MICHAEL E. WROBEL, ESQ.**
Florida Bar No: 1053847

E-mail: mike@conquestip.com
Conquest Law PLLC
125 NE 32nd Street
Miami, Florida 33137
Phone: 678-814-5588

COUNSEL FOR SELF