Michael E. Wrobel, Esq, FL 1053847
125 NE 32nd st
Miami, Florida 33137
Phone Number: +1 678-814-5588
Email: mike@conquestip.com

Counsel for Self

FILED BY [signature] D.C.
AUG 25 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**MICHAEL E. WROBEL**

Plaintiff,

vs.

**POSH GROUP, INC.,**

Defendant.

**Case No.:** 1:26-cv-24018

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims asserted in this action against Defendant, with prejudice, each party to bear its own attorneys' fees and costs except as otherwise provided in the parties' Settlement Agreement.

The parties have entered into and consummated a Settlement Agreement resolving all claims asserted in this action. Plaintiff respectfully requests that the Court retain jurisdiction to enforce the Settlement Agreement to the extent permitted by law.

DATED: August 25thst, 2026

Respectfully Submitted,

*/s/ Michael E. Wrobel*

**MICHAEL E. WROBEL, ESQ.**
Florida Bar No: 1053847

E-mail: mike@conquestip.com
Conquest Law PLLC
125 NE 32nd Street
Miami, Florida 33137
Phone: 678-814-5588

COUNSEL FOR SELF