Michael E. Wrobel, Esq, FL 1053847
125 NE 32nd st
Miami, Florida 33137
Phone Number: +1 678-814-5588
Email: mike@conquestip.com

Counsel for Self

FILED BY [signature] D.C.
AUG 25 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**MICHAEL E. WROBEL**, Plaintiff,

vs.

**POSH GROUP, INC.**, Defendant.

**Case No.:** 1:26-cv-24018

## NOTICE OF SETTLEMENT

Plaintiff, by and through the undersigned, hereby files this Notice of Settlement pursuant to Local Rule 16.4 and respectfully advises the Court that the parties have executed a written Settlement Agreement resolving the claims asserted in this action. Defendant has tendered the settlement proceeds required under the Settlement Agreement, and the parties have satisfied their material obligations thereunder.

Because the settlement has been fully consummated, Plaintiff is contemporaneously filing a Notice of Voluntary Dismissal With Prejudice. Plaintiff respectfully requests that the Court retain jurisdiction to enforce the terms of the Settlement Agreement to the extent permitted by law.

DATED: August 25th, 2026

Respectfully Submitted,

*/s/ Michael E. Wrobel*

**MICHAEL E. WROBEL, ESQ.**
Florida Bar No: 1053847

E-mail: mike@conquestip.com
Conquest Law PLLC
125 NE 32nd Street
Miami, Florida 33137
Phone: 678-814-5588

COUNSEL FOR SELF